# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00449-CR

**Tyrus Andre Davis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 78372, THE HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tyrus Andre Davis seeks to appeal a judgment of conviction for burglary of a habitation with intent to commit another felony. *See* Tex. Penal Code § 30.02(d). The trial court has certified that (1) this is a plea-bargain case and Davis has no right of appeal, and (2) Davis has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (b).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Jurisdiction

Filed:   July 19, 2018

Do Not Publish